# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Tim Doupe            BK NO. 21-00837 HWV

                      Debtor(s)

                                         Chapter 7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                       Respectfully submitted,

                                 **/s/ Rebecca A. Solarz, Esquire**
                                 Rebecca A. Solarz, Esquire
                                 Attorney for Movant


                                 KML Law Group, P.C.
                                 BNY Mellon Independence Center
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA  19106
                                 215-627-1322