# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):**

| | |
|---|---|
| **Tim Doupe** | **Chapter:7** |
|   Debtor | |
| | **Case number:1:21-bk-00837** |
| | **Matter: Motion to Avoid Judgment** |
| **Tim Doupe** | |
|   Movant | |
| **vs.** | |
| | |
| **CAVALRY SPV I LLC** | |
|   Respondent | |

## AMENDED NOTICE

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING:  Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files an objection/response within twenty-one (21) days of the date of the notice.  If you object to the relief requested, you must file your objection/response with the Clerk, United States Bankruptcy Court, The Sylvia H. Rambo US Courthouse, 1501 North 6th Street,  Harrisburg, PA 17102  and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified.  If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date:   April 21, 2023

Kara Gendron, Esquire
Attorney ID #87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | :: | **CHAPTER 7** |
| **TIM DOUPE** | : | |
| **Debtor** | : | **CASE NO. 1:21-bk-00837** |
| | : | |
| **TIM DOUPE** | : | |
| **Movant** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CAVALRY SPV I LLC** | : | |
| **Respondent** | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Kara K. Gendron, hereby certify that on <u>April 21, 2023</u>, I served a copy of the Amended notice and Motion to Avoid Lien electronically or by placing the same in the United States Mail, First Class, postage pre-paid, addressed as follows:


CAVALRY SPV I LLC
ATTN CEO & PRESIDENT
5500 SUMMIT LAKE DRIVE STE 400
VALHALLA, NY 10595-1340


       <u>/s/ Kara K. Gendron</u>
       Attorney ID #87577
       Mott & Gendron Law
       125 State Street
       Harrisburg, PA 17101
       http://www.mottgendronlaw.com
       T: (717) 232-6650 | F: (717) 232-0477