IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| TIM DOUPE | : | |
| | : | CASE NO. 1:21-bk-00837 |
| | : | |
| | : | |
| Debtor | : | |
| | : | |

## REQUEST FOR CERTIFIED DOCUMENT/ORDER

COMES NOW the Debtor, by and through Kara K. Gendron, Esquire of Mott & Gendron Law, and hereby Requests that an electronic certified copy of the following document be email to the undersigned at the email address provided below.

Order Granting Motion to Avoid Lien (RE: related document(s)[24]).

    Respectfully submitted,

    /s/ Kara K. Gendron

    _____
    Kara K. Gendron, Esquire
    Attorney ID #: 87577
    125 State Street
    MOTT & GENDRON LAW
    Harrisburg, PA 17101
    http://www.mottgendronlaw.com

T: (717) 232-6650 | F: (717) 232-0477
karagendron@gmail.com