IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| TIM DOUPE | : | |
| | : | CASE NO. 1:21-bk-00837 |
| | : | |
| | : | |
| Debtor | : | |
| | : | |

## REQUEST FOR CERTIFIED DOCUMENT/ORDER

COMES NOW the Debtor, by and through Kara K. Gendron, Esquire of Mott & Gendron Law, and hereby Requests that an electronic certified copy of the following document be email to the undersigned at the email address provided below.

Order Granting Motion to Avoid Lien (RE: related document(s)[25]).

                                                Respectfully submitted,

                                                /s/ Kara K. Gendron

                                                _____
                                                Kara K. Gendron, Esquire
                                                Attorney ID #: 87577
                                                125 State Street
                                                MOTT & GENDRON LAW
                                                Harrisburg, PA 17101
                                                http://www.mottgendronlaw.com

T: (717) 232-6650 | F: (717) 232-0477
karagendron@gmail.com