United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-00837-HWV |
| Tim Doupe | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: May 16, 2023 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

**Recip ID**  **Recipient Name and Address**
CAVALRY SPV I LLC, ATTN CEO & PRESIDENT, 5500 SUMMIT LAKE DRIVE STE 400, VALHALLA, NY 10595-1340

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:**

**Name**  **Email Address**

Kara Katherine Gendron
    on behalf of Debtor 1 Tim Doupe karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Lawrence G. Frank
    lawrencegfrank@gmail.com PA39@ecfcbis.com

Rebecca Ann Solarz
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

Sean Patrick Quinlan
    on behalf of Debtor 1 Tim Doupe spqesq@gmail.com spqesq@gmail.com,outsourcedparalegal@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 7 |
| TIM DOUPE : | |
|    Debtor : | CASE NO. 1:21-bk-00837 HWV |
| : | |
| TIM DOUPE : | |
|    Movant : | |
| : | |
| v. : | |
| : | |
| CAVALRY SPV I LLC : | |
|    Respondent : | |

## O R D E R

UPON consideration of the foregoing Motion to Avoid Judgment of Respondent under Section 522(f) of the Bankruptcy Code, it is hereby
ORDERED AND DECREED that the relief prayed for in the Motion be, and hereby is granted, to wit, the judgment of CAVALRY SPV I LLC in the approximate amount of $2,654.83 entered in Cumberland County at docket number # 2020-04378 be and hereby is avoided; it is further
ORDERED AND DECREED that a certified copy of this Order may be filed with the Prothonotary of Cumberland County and the Prothonotary is directed to terminate the judgment in the judgment indices.

By the Court,

/s/ Henry W. Van Eck
_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 16, 2023